IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:05-CR-72 ALM |
| | § | |
| BRADLEY WAYNE HOLLAND, JR. (4) | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on April 24, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by John "Jack" Wilson. The Government was represented by Todd Blessing.

On March 26, 2008, Defendant was sentenced by the Honorable Michael H. Schneider, United States District Judge, to a sentence of one hundred seventy-five (175) months imprisonment followed by a five (5) year term of supervised release for the offense of Conspiracy to Distribute or Dispense or Possess with Intent to Distribute or Dispense Cocaine. On April 9, 2015, Defendant received a sentence reduction and his sentence was reduced to one hundred forty-one (141) months. Defendant began his term of supervision on January 12, 2016.

On April 18, 2017, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 343). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related

1

to any controlled substance, except as prescribed by a physician; (3) Defendant shall not leave the judicial district without permission of the Court or probation officer; (4) Defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month; and (5) Defendant shall notify the probation officer ten days prior to any change of residence employment.

The Petition alleges that Defendant committed the following violations: (1) On March 8, 2017, Defendant submitted a urine specimen that tested positive for marijuana, benzodiazepine, methamphetamine, and MDMA (ecstasy). Defendant submitted a written admission to the use of these illegal drugs; (2) On March 2, 2017, Defendant submitted a urine specimen that tested positive for marijuana and amphetamines. On March 21, 2017, Defendant submitted a urine specimen that tested positive for marijuana. These two specimens were confirmed positive by Alere Toxicology Services; (3) On March 8, 2017, Defendant provided a written admission to the U.S. Probation Office in which he admitted to leaving the judicial district in September, 2016, when he traveled to Boulder, Colorado, without the permission of the Court or probation officer; (4) On March 8, 2017, Defendant provided a written admission to violating his conditions of supervision when he failed to report to the U.S. Probation Office, as directed, on February 21, 2107; and (5) Defendant failed to notify the U.S. Probation Office as least ten days prior to his change in employment when he reported to be unemployed on March 13, 2017.

At the hearing, Defendant entered a plea of true to Allegations 1 - 5.  Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court.  The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the April 24, 2019, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, with no supervised release to follow.

**SIGNED this 16th day of May, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE